AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

ID# 2022804

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CHESTER LAQUAN BROWN, III | ) Case No. | 4:23cr966 ~~4:23cr942~~ |
| Defendant | ) | |

RECEIVED
NOV 29 2023

"SEALED"

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* CHESTER LAQUAN BROWN, III ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
   Title 18, United States Code, Section 922(g)(1) and 924(d)(1)
   Title 28, United States Code, Section 2461(c)

Date: 11/28/2023

s/Sharon Welch Meyer
Deputy Clerk    *Issuing officer's signature*

City and state:    Florence, SC

ROBIN BLUME, Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 11/29/23 , and the person was arrested on *(date)* 12/03/2023
at *(city and state)* DARLINGTON, SC

Date: 12/05/2023

*Arresting officer's signature*

SEAN GITTINS
*Printed name and title*

USCA4