IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 4:23CR00966-JD(1) |
| | ) | |
| -vs- | ) | |
| | ) | **MOTION FOR CONTINUANCE** |
| | **)** | |
| **CHESTER LAQUAN BROWN, III** | ) | |

　　　PLEASE TAKE NOTICE that **CHESTER LAQUAN BROWN, III,** defendant, by and through undersigned counsel hereby moves this Honorable Court for a continuance based on the following reasons.

　　　Counsel needs additional time to work towards a resolution of the case. Defendant respectfully submits that the ends of justice would be served by the Court granting a continuance until the next term of court. Counsel has advised Defendant of the filing of this Motion and explained his rights under the Speedy Trial Act. Defendant consents to the filing of this motion as reflected in the attached waiver.

　　　Counsel has consulted with the Government and the Government consents to this request.

　　　Based upon the foregoing, counsel respectfully requests a continuance until the next term of court.

{*signature page to follow*}

Respectfully submitted,

/s/ KATHY P. ELMORE,
Assistant Federal Public Defender
c/o McMillan Federal Building
401 W. Evans Street, Suite 105
Florence, South Carolina 29501
Telephone: (843) 662-1510
**Attorney ID#: 6593**

Florence, South Carolina

April 12, 2024